# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Karen D. Triplet, | Civil No. 11-2545 (RHK/LIB) |
| Plaintiff, | **ORDER** |
| vs. | |
| Essentia Health, | |
| Defendant. | |

---

This matter is venued in the Fifth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Duluth, Minnesota, unless otherwise directed by the Court.

Dated:  September 7, 2011

                                                 s/Richard H. Kyle  
                                                 RICHARD H. KYLE  
                                                 United States District Judge