## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Karen D. Triplett,

      Plaintiff,

v.

Essentia Health,

      Defendant.

Civil No. 11-2545 (RHK/LIB)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 22), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2012

                                            s/Richard H. Kyle
                                            RICHARD H. KYLE
                                            United States District Judge