## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Karen D. Triplett,

        Plaintiff,

Civil No. 11-2545 (RHK/LIB)

v.

**ORDER FOR DISMISSAL WITH PREJUDICE**

Essentia Health,

        Defendant.

Based upon the parties' Stipulation of Dismissal With Prejudice (Doc. No. 22), **IT IS ORDERED** that this action is **DISMISSED WITH PREJUDICE** on the merits, without costs or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: July 18, 2012

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge